STATE OF CONNECTICUT *v.* GARY JONES
(12148)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued January 11—decision released February 1, 1994

*Bruce A. Sturman,* public defender, for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *C. Robert Satti, Sr.,* state's attorney, and *John Gravalec-Pannone,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.